*In re* MEDIDAS JUDICIALES PARA ATENDER EMERGENCIAS CAUSADAS POR EL HURACÁN EARL.

*Número:* EM-2010-06        *Resuelto:* 31 de agosto de 2010

## RESOLUCIÓN

Ayer, 30 de agosto de 2010, el Servicio Nacional de Meteorología emitió un aviso de huracán para las islas de Vie-

ques y Culebra, y una vigilancia de huracán para Puerto Rico. Por ello, y salvaguardando la seguridad de los empleados, se decretó la suspensión de los trabajos en la Rama Judicial y el cierre de las Secretarías y de los Tribunales durante toda la tarde, con cargo a la licencia por desastre natural.

Debido a los efectos que dejó el huracán Earl, y a que en muchas áreas del país los servicios de energía eléctrica, agua y teléfono han quedado interrumpidos, los Tribunales y las distintas dependencias de la Rama Judicial permanecerán cerradas hoy, 31 de agosto de 2010.

Como resultado de lo anterior, y al amparo de nuestra facultad de reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto en los Arts. 399 y 389 del Código Político de Puerto Rico de 1902 (1 L.P.R.A. secs. 72 y 73), por lo que se considerará hoy —31 de agosto de 2010— como si fuera día feriado.

Cualquier término a vencer ese día se extenderá hasta el próximo día laborable.

*Se ordena la inmediata difusión pública de esta Resolución. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

<div style="text-align:right">

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*